STATE OF CONNECTICUT *v.* JOHN HENAO

The defendant's petition for certification for appeal from the Appellate Court (AC 19361) is denied.

BERDON, J., dissenting. I would grant certification on the following: Did the Appellate Court correctly grant the state's motion to dismiss, when the defendant constitutionally and statutorily guaranteed right to a probable cause hearing will be irremediably lost if defendant is tried without such a hearing?

*William F. Dow III* and *Alinor C. Sterling*, in support of the petition.

*Timothy J. Shugrue*, senior assistant state's attorney, in opposition.

Decided July 21, 1999

DONALD UTZ *v.* COMMISSIONER OF CORRECTION

The petitioner Donald Utz's petition for certification for appeal from the Appellate Court, 53 Conn. App. 670 (AC 16889), is denied.

KATZ, J., did not participate in the consideration or decision of this petition.

*David B. Rozwaski*, special public defender, in support of the petition.

*James M. Ralls*, assistant state's attorney, in opposition.

Decided September 9, 1999